**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**AARON CROMWELL**                                                                **PLAINTIFF**
**#201940**

**V.**                                     **NO. 4:22-cv-001174-JM**

**HIGGINS,** *et al.*                                                           **DEFENDANTS**

**<u>JUDGMENT</u>**

Consistent with the Order entered today, this case is DISMISSED, without prejudice.

IT IS SO ORDERED this 11th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE